UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TERESA PENA AQUINO,

                          Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

-----------------------------------------------------------------X

25-CV-06992 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline to file the Electronic Certified Administrative Record, shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     October 29, 2025
                New York, New York